*CLOSE*

Patricia A. Barasch, Esq. (PAB-4660)
Richard M. Schall, Esq. (RMS-0139)
**SCHALL & BARASCH, LLC**
Moorestown Office Center
110 Marter Avenue, Suite 302
MOORESTOWN, NJ 08057
(856) 914-9200
ATTORNEYS FOR PLAINTIFFS
MARGARET COX, THERESA HUBAL
AND SUSAN PERRY-SLAY



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| MARGARET M. COX, THERESA HUBAL, and SUSAN PERRY-SLAY, | |
| Plaintiffs, | CIVIL ACTION NO. 05-1608 (AET) |
| v. | |
| OFFICE OF ATTORNEY ETHICS OF THE SUPREME COURT OF NEW JERSEY AND THE ADMINISTRATIVE OFFICE OF THE COURTS, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiffs Margaret Cox, Theresa Hubal, and Susan Perry-Slay and defendants Office of Attorney Ethics and the Administrative Office of the Courts, by and through their attorneys, hereby stipulate to the dismissal with prejudice of plaintiffs' Amended

Complaint against defendants. Other than as provided for in the Settlement Agreement, all parties shall bear their own costs, expenses, and attorney's fees.

_____
Richard M. Schall, Esq.
Patricia A. Barasch, Esq.
Attorneys for the Plaintiffs

Dated: May 15, 2008

_____
Meryl Nadler, DAG
David Bender, DAG
Attorneys for the Defendants

Dated: 5/15/08